# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oldshue, Jr., Jerry C. | Alabama Southern District Bankruptcy Court | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
201 St. Louis Street
Mobile, AL 36602-6602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alabama State Bar Bankruptcy CLE | June 1-3, 2017 | Destin, FL | Bankruptcy CLE | Transportation, meals, and lodging |
| 2. | Cumberland Law School CLE | October 5-6, 2017 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |
| 3. | Florida State Bar Bankruptcy CLE | October 19-20, 2017 | Tallahassee, FL | Bankruptcy CLE | Transportation, meals, and lodging |
| 4. | University of Alabama School of Law Bankruptcy CLE | November 16-17, 2017 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |
| 5. | Mobile/Baldwin County Bench and Bar CLE | December 1-2, 2017 | Point Clear, AL | Bankruptcy CLE | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue, Jr., Jerry C.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | None |
| 2. | Capital One | Credit Card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Synovus Bank account | A | Interest | K | T | | | | | |
| 2. Capstone Bank acount | A | Interest | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. - MORGAN STANLEY (Y) | | | | | | | | | |
| 5. - ISHARES INC MSCI JAPAN RTF | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 6. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 7. - ISHARES JP MORGAN EM BOND ETF | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 8. - BLACKROCK EQUITY DIVIDEND | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 9. | | | | | Sold (part) | 08/21/17 | J | | |
| 10. - BLACKSTONE ALT MULT-STRATINIST | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 11. - WILLIAM BLAIR INTL GROWTH | A | Dividend | K | T | Sold (part) | 08/08/17 | K | B | |
| 12. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 13. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 14. - INVESCO GLB REAL ESTATE Y | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 15. - INVESCO INTL GROWTH | A | Dividend | K | T | Sold (part) | 08/08/17 | J | B | |
| 16. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 17. | | | | | Buy (add'l) | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - HARDING LOEVNER EMERG MKTS ADV | A | Dividend | K | T | Buy (add'l) | 08/24/17 | J | | |
| 19. - COLUMBIA SEL LARGE CAP VAL | A | Dividend | J | T | Sold (part) | 04/06/17 | J | A | |
| 20. | | | | | Sold (part) | 08/21/17 | J | A | |
| 21. - COLUMBIA SELECT LG CP GROWTH | B | Dividend | J | T | Sold (part) | 04/06/17 | J | | |
| 22. | | | | | Sold (part) | 08/21/17 | J | | |
| 23. - CONGRESS MID CAP GROWTH INSTL | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 24. - DAVIS NEW YORK VENTURE | A | Dividend | | | Sold | 04/06/17 | J | | |
| 25. | | | | | Sold | 08/08/17 | J | A | |
| 26. - PRUDENTIAL JENNISON GROWTH | A | Dividend | J | T | Sold (part) | 04/06/17 | J | A | |
| 27. | | | | | Sold (part) | 08/21/17 | J | A | |
| 28. - JANUS HENDERSON FLEXIBLE BOND | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 29. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 30. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 31. - JANUS HENDERSON INTL OPP I | A | Dividend | K | T | Buy | 08/11/17 | K | | |
| 32. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 33. - LOCORR MACRO STRATEGIES I | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 34. - LORD ABBETT SHT DURATION INC | A | Dividend | K | T | Sold (part) | 04/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AQR MANAGED FUTURES STRATEGY | | | | | Sold | 08/08/17 | J | | |
| 36. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 37. - DIAMOND HILL LONG-SHORT | A | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | |
| 38. - IVY MID CAP GROWTH | | | | | Sold | 04/06/17 | J | | |
| 39. | | | | | Sold | 08/08/17 | J | A | |
| 40. - VICTORY RS VALUE | A | Dividend | J | T | Sold (part) | 04/06/17 | J | | |
| 41. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 42. - VICTORY RS SMALL CAP GROWTH | A | Dividend | J | T | Sold (part) | 08/21/17 | J | A | |
| 43. - VICTORY RS PARTNERS | B | Dividend | J | T | Sold (part) | 08/21/17 | J | A | |
| 44. - OPI STEELPATH MLP SELECT 40 Y | A | Dividend | J | T | Buy (add'l) | 04/11/17 | J | | |
| 45. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 46. - BLACKROCK HI YIELD BD PTF INST | A | Dividend | J | T | | | | | |
| 47. - VOYA GLOBAL REAL ESTATE | A | Dividend | | | Sold | 08/08/17 | J | A | |
| 48. - PIMCO SHORT TERM | A | Dividend | J | T | Buy (add'l) | 08/24/17 | J | | |
| 49. - PIMCO FOREIGN BD | A | Dividend | | | Sold | 04/06/17 | J | A | |
| 50. 529 PLANS (H) | | | | | | | | | |
| 51. - T ROWE PRICE US SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AMER CENT EQ GX C 529 (X) | | None | J | T | | | | | |
| 53. - PIMCO SHORT-TERM 529 | | None | J | T | | | | | |
| 54. - NORTHERN BOND INDEX 529 | | None | J | T | | | | | |
| 55. - T. ROWE PRICE BALANCED 529 | | None | J | T | | | | | |
| 56. - T. ROWE PRICE REAL ESTATE 529 | | None | J | T | | | | | |
| 57. - T. ROWE PRICE LARGE CAP GROWTH 529 | | None | K | T | | | | | |
| 58. - NORTHERN MID-CAP INDEX 529 | | None | J | T | | | | | |
| 59. - NORTHERN SMALL CAP INDEX 529 | | None | J | T | | | | | |
| 60. - NORTHERN FUNDS INTERNATIONAL EQUITY INDEX 529 | | None | J | T | | | | | |
| 61. - NEUBRGR INTL LGCP C 529 (X) | | None | J | T | | | | | |
| 62. - LAZARD EMERGING MARKETS 529 | | None | J | T | | | | | |
| 63. - COHEN & STEERS DIVIDEND VALUE 529 | | None | K | T | | | | | |
| 64. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 65. - ALPHABET INC CLASS C COMMON STOCK | | None | J | T | | | | | |
| 66. - AMAZON.COM INC COM | | None | J | T | | | | | |
| 67. - APPLE INC COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 68. - CONSTELLATION BRANDS INC COM CL A (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - MICROSOFT CORP COM (X) | A | Dividend | J | T | | | | | |
| 70.   IRA #2 (H) | | | | | | | | | |
| 71.   - MORGAN STANLEY (X) | A | Interest | J | T | | | | | |
| 72.   - BLACKROCK INFLAT PROT BOND I | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 73.   - CALAMOS MARKET NEUTRAL INC I | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 74.   - AQR MANAGED FUTURES STRATEGY | | None | | | Sold | 08/04/17 | K | | |
| 75.   - COLUMBIA SEL LARGE CAP VAL Z | A | Dividend | J | T | Sold (part) | 08/04/17 | J | | |
| 76. | | | | | Sold (part) | 08/18/17 | J | B | |
| 77.   - COLUMBIA SELECT LG CAP GROWTH Z | B | Dividend | J | T | Sold (part) | 08/04/17 | J | B | |
| 78. | | | | | Sold (part) | 08/18/17 | J | A | |
| 79.   - DIAMOND HILL LONG SHORT | A | Dividend | J | T | | | | | |
| 80.   - DREYFUS NEWTON INTL EQI | A | Dividend | K | T | Sold (part) | 08/07/17 | J | B | |
| 81. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 82.   - HARBOR INTERNATIONAL INST | A | Dividend | J | T | Sold (part) | 08/04/17 | J | B | |
| 83.   - INVESCO DEVELOPING MARKETS | A | Dividend | K | T | | | | | |
| 84.   - INVESCO DIVERSIFIED DIVIDEND | A | Dividend | J | T | Sold (part) | 08/18/17 | J | A | |
| 85.   - INVESCO INTL GROWTH | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - INVESCO SMALL CAP VALUE | B | Dividend | J | T | Sold (part) | 08/18/17 | J | B | |
| 87. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 88.  - JANUS HENDERSON ENTERPRISE | A | Dividend | | | Sold | 08/18/17 | J | A | |
| 89.  - JANUS HENDERSON RESEARCH | B | Dividend | J | T | Sold (part) | 08/18/17 | J | | |
| 90.  - JANUS HENDERSON INTL OPP I | A | Dividend | K | T | Buy | 08/09/17 | K | | |
| 91. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 92.  - JP MORGAN DYNAMIC SM OP GR SEL | A | Dividend | J | T | Sold (part) | 08/18/17 | J | C | |
| 93.  - LOCORR MACRO STRATEGIES I | B | Dividend | K | T | Buy | 08/09/17 | K | | |
| 94. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 95.  - LORD ABBETT SHT DURATION INC F | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 96.  - PIONEER MLTI AST ULT SHT INC Y | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 97.  - PRUDENTIAL JENNISON GROWTH | A | Dividend | J | T | Sold (part) | 08/04/17 | J | A | |
| 98. | | | | | Sold (part) | 08/18/17 | J | B | |
| 99.  - VICTORY GLB NATURAL FES | | None | J | T | | | | | |
| 100.  - VICTORY RS VALUE | A | Dividend | J | T | Sold (part) | 08/18/17 | J | B | |
| 101.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 102.  BLACKROCK GLOBAL ALLOCATION A | A | Dividend | J | T | Buy | 10/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BLACKROCK GLOBAL ALLOCATION C | A | Dividend | J | T | Buy | 05/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 - Morgan Stanley cash balance fell below reporting threshold.

Part VII, Line 44 - MLP SELECT 40 is now referred to as OPI STEELPATH MLP SELECT 40 Y on the statement. It is the same investment.

Part VII, Line 50 - Investment asset account 529 Plans do not report income to the account. The reports only show the market value in the account, thus the column B(1) is left blank and "None" is entered in column B(2). Any other lines reporting no income means no income was earned on that investment during the year.

Part VII, Line 52 and 61 - Per note above the 529 Plan statements only report market value of assets held. No buy or sell information is provided. These lines reflect two new assets in the account.

Part VII, Line 68 - Constellation stock was purchased in 2016, but less than $1,000 was purchased thus no buy information was reported. Constellation stock market value rose above reporting threshold. No additional shares were purchased.

Part VII, Line 71 - Morgan Stanley cash balance increased above the reporting threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry C. Oldshue, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544